UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JANE DOE 1 and JANE DOE 2,

Plaintiffs - Appellants,

v.

META PLATFORMS, INC., a Delaware corporation,

Defendant - Appellee.

No. 24-1672

D.C. No.
4:22-cv-00051-YGR
Northern District of California,
Oakland

ORDER

Before: W. FLETCHER, BERZON, and R. NELSON, Circuit Judges.

Judge R. Nelson votes to deny the petition for rehearing en banc, and Judges W. Fletcher and Berzon recommend granting the petition for panel rehearing en banc. The full court has been advised of the petition and no judge has requested a vote on whether to rehear this matter en banc. Fed. R. App. P. 40. The petition for rehearing en banc (Dkt. No. 51) is **DENIED**.